IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 1:23-cv-11085-RGS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

WENEEDAVACATION.COM, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant WeNeedAVacation.com, LLC ("Defendant") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

    Respectfully submitted on May 20, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>lauren@copycatlegal.com<br>(877) 437-6228 | STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>106 East College Ave.<br>Suite 700<br>Tallahassee, FL 32301<br>alove@stearnsweaver.com<br>(850) 580-7200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ Lauren M. Hausman<br>    Lauren M. Hausman, Esq. | By: /s/ Adrienne C. Love<br>    Adrienne C. Love, Esq. |
| Chip Muller, Esq.<br>BBO#: 672100<br>MULLER LAW LLC<br>47 Wood Avenue<br>Barrington, RI 02806<br>chip@mullerlaw.com<br>(401) 256-5171 | John C. Kanaga, Esq<br>BBO# 569083<br>LARAJA AND KANAGA, P.C.<br>46 S. Orleans Road<br>P.O. Box 236<br>Orleans, MA 02653<br>jck@capelaw.com<br>(508) 255-8844 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Lauren M. Hausman
    Lauren M. Hausman, Esq.